UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

**Hearing Information:**

**Debtor**: MANUEL PEREZ NEVAREZ
**Case Number**: 10-10444-BKT11   **Chapter:** 11
**Date / Time / Room**: 6/8/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: MARTA BORREGO
**Reporter / ECR**: LOURDES ALVAREZ

**Matter:**

US TRUSTEE'S MOTION TO DISMISS [#45]

**Appearances:**

DAVID A CARRION BARALT, ATTORNEY FOR DEBTOR
JOSE DIAZ, ATTORNEY FOR THE US TRUSTEE

**Minutes of Proceedings:**

### ORDER

The US Trustee's motion to dismiss (docket #45) and the memorandum in support to the motion to dismiss (docket #46) become MOOT. Once the closings takes place in related case 10-6915 (BKT), the debtor will move the court for conversion or dismissal within fifteen (15) days.

**SO ORDERED.**

/s/ BRIAN K. TESTER
U.S. BANKRUPTCY JUDGE