IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MANUEL PEREZ NEVAREZ

XXX-XX-4813

Debtor(s)

CASE NO. 10-10444 BKT

Chapter 11

FILED & ENTERED ON 11/01/2011

## ORDER & NOTICE OF HEARING

Upon the rescheduling of the hearing in the related case 10-6915, the status conference scheduled in the instant case for 12/14/11 is now rescheduled for 11/15/11 at 10:30 A.M. to be held at the United States Bankruptcy Court, U.S. Post Office & Courthouse Building, 300 Recinto Sur, Second Floor, Courtroom #1, San Juan, Puerto Rico.

San Juan, Puerto Rico, this 01 day of November, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C: All creditors